IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv196

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSIONS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| EDWIN A VASQUEZ and VASQUEZ GLOBAL INVESTMENTS, LLC, | ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Motion for Discovery [# 10]. Plaintiff moves for leave to engage in limited early discovery. Upon a review of the record, the Plaintiff's motion, the relevant legal authority, and for good cause shown, the Court **GRANTS in part** the motion [# 10] and authorizes Plaintiff to engage in limited early discovery pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure and Local Rule 16.1. The Court limits the early discovery to:

(1) A deposition, not to exceed four hours, of Defendant Vasquez individually and on behalf of Defendant Vasquez Global Investments, LLC. The parties may schedule the deposition with seven (7) days' notice.

(2) A request for production of documents to Defendant Vasquez, not to exceed ten individual requests. Defendant Vasquez shall have five (5) business days to respond to the document requests.

(3) The issuance of no more than ten (10) subpoenas to third parties seeking records or other documentation pertaining to any account or asset owned, controlled, managed, or held by, on behalf of, or for the benefit of the Defendants, either individually or jointly, any time since August 2011. The third parties shall have ten (10) days to respond to the subpoenas.

To the extent that Plaintiff needs additional discovery in excess of the discovery allowed by this Order, Plaintiff may move the Court for additional early discovery, and the Court will determine whether good cause exists for expanding the scope of this Order.

Signed: September 9, 2014

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge