# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00196-MR-DLH

| | |
|---|---|
| **U. S. COMMODITY FUTURES TRADING COMMISSION,** <br><br> Plaintiff, <br><br> vs. <br><br> **EDWIN A. VASQUEZ and VASQUEZ GLOBAL INVESTMENTS, LLC,** <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Continue Hearing Date or, in the Alternative, Authorize Counsel to Participate Telephonically [Doc. 20].

For the reasons stated in the Plaintiff's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Continue Hearing Date [Doc. 20] is **GRANTED**, and the hearing on the return of the Statutory Restraining Order, which hearing is currently scheduled for September 26, 2014, is hereby **RESCHEDULED** for **October 16, 2014 at 4:30 p.m.** The Plaintiff's alternative request for relief [Doc. 20] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Statutory Restraining Order [Doc. 8] currently in effect as to Defendant Vasquez is continued in effect with respect to Defendant Vasquez until further Order of this Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge