# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| U.S. Commodity Futures Trading Commission**,** | ) ) ) | DEFAULT JUDGMENT |
| Plaintiff, | ) ) | 1:14-cv-00196-MR-DLH |
| vs. | ) ) | |
| Vasquez Global Investments, LLC Edwin A. Vasquez**,** | ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 30, 2014 Order.  Judgment is entered in favor of the Plaintiffs against the Defendants Edwin A. Vasquez and Vasquez Global Investments, LLC in the amount of One Million Three Hundred Twenty-Six Thousand Two Hundred and Twenty Four Dollars (1,326,224).

December 30, 2014

Frank G. Johns, Clerk
United States District Court